**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6661**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRYANT LAMAR ALEXANDER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, Chief District Judge. (CR-95-178-V, CA-98-42-V-3)

_____

Submitted: July 2, 1998          Decided: July 29, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bryant Lamar Alexander, Appellant Pro Se. Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Alexander, Nos. CR-95-178-V; CA-98-42-V-3 (W.D.N.C. Apr. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2